

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2019

No. 04-19-00524-CV

**IN RE M.R.D. ET AL., CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02024
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant J.D.'s parental rights. J.D.'s brief was originally due to be filed on September 25, 2019. On October 6, 2019, J.D. filed a motion requesting an extension of time to file his brief.

The disposition of this appeal is governed by the standards set forth in rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal was filed. *Id*.

J.D.'s motion is GRANTED, and his brief must be filed no later than October 15, 2019. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk